AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Jesus Alberto SOTO-Urias<br><br>_Defendant(s)_ | Case No: 24-1839 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>December 14, 2024</u> in the county of <u>Hidalgo</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. § <u>1326(a)(1)/(b)(2)(Re-Entry After Deport Agg Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of an aggravated felony, to wit: Manufacturing, Distributing or disbursing of any controlled substance, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully.

This criminal complaint is based on these facts:
On December 14, 2024, Border Patrol Agents of the Lordsburg, New Mexico Border Patrol Station encountered the defendant in Hidalgo County, New Mexico. The defendant was questioned as to his citizenship to which he stated that he was a citizen of Mexico illegally present in the United States. The defendant did not cross through a lawful Port of Entry; therefore, he was not admitted or paroled by an Immigration Officer. Immigration record checks revealed that the defendant was last removed on or about June 12, 2023, from the United States to Mexico through Nogales, AZ.

☒ Continued on the attached sheet.

_Complainant's signature_

Christopher P. Montoya, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed ~~in my presence~~ _via phone_.

Date: December 16, 2024

_Judge's signature_

City and state: Las Cruces, N.M.

Gregory B. Wormuth, Chief U.S. Magistrate Judge
_Printed name and title_

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Jesus Alberto SOTO-Urias

**Continuation of Statement of Facts:**

Criminal record checks revealed that the defendant was convicted of Manufacturing, Distributing or disbursing of any controlled substance (Felony) on February 24, 2011, and was sentenced to 15 months of Prison and 3 Years of Probation. There is no evidence to show that the defendant has applied for or received permission from the proper authorities to be or remain in the United States.

**Continuation of Statutory Language:**

_____
Signature of Judicial Officer

_____
Signature of Complainant

Montoya, Christopher P.
Filing Agent